THE STATE EX REL. PAPP *v.* NORTON, JUDGE.

[Cite as *State ex rel. Papp v. Norton* (1993), 66 Ohio St.3d 1221.]

(No. 93–126—Submitted May 18, 1993—Decided June 30, 1993.)

---

*Kay L. Williams,* for relator.

*Richards & Meola, Charles L. Richards* and *Jeffrey V. Goodman,* for respondent.

The motion for rehearing of the decision rendered in 66 Ohio St.3d 162, 610 N.E.2d 979, is denied. The court notes that documents filed by respondent, Judge Thomas F. Norton, demonstrate that respondent has properly complied with this court's preemptory writ.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, F.E. SWEENEY and PFEIFER, JJ., concur.

RESNICK, J., not participating.